# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ARTHUR CHAMBERS,<br><br>Petitioner,<br><br>v.<br><br>MR. GAMBOA,<br><br>Respondent. | Case No. 2:24-cv-4900-DSF-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.[1]

---

[1] The Court did not rely on any unpublished decisions of the Ninth Circuit.

1  IT IS ORDERED that Judgment be entered denying the petition
2  and dismissing this action with prejudice.

DATE: July 21, 2025

_____
HON. DALE S. FISCHER
U.S. DISTRICT JUDGE