JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ARTHUR CHAMBERS,<br><br>Petitioner,<br><br>v.<br><br>MR. GAMBOA,<br><br>Respondent. | Case No. 2:24-cv-4900-DSF-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 21, 2025

_____
HON. DALE S. FISCHER
U.S. DISTRICT JUDGE